*14.18.00389.CV*

2016-04856J/Court 314

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
MAY 17 2018
CHRISTOPHER A. PRINE
CLERK

IN THE INTEREST

MYKEAL RAO

CHILD

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

JUDICIAL FAMILY/JUVENILE DISTRICT

### Motion to Extend Time to File Court Reporters Record

Antoinette Rao asks the Court to extend the time to file the court reporters record.

This motion is filed within the 10 day period to file a motion to extend the time of court reporters Record as required by TRAP35.3(c).

The Court may grant an extension of time under Texas Rule of Appellate Procedure TRAP35.3(c).

The deadline to file the court reporters record is May 21, 2018.

Antoinette Rao requests an additional 30 days to file court reporters record, extending the time to June 21, 2018.

Antoinette Rao needs additional time to file the court reporters documents because I thought I had 30 days to file the court reporters record.

Antoinette Rao requests an additional time of 30 days to file the court reporters record due to a mistake On my understanding of the deadline being 10 days instead of the 30 days I thought it was.

For these reasons Antoinette Rao asks the Court to grant an extension of time to file the court Reporters record until June 21, 2018.

*Antoinette Rao*

Pro Se

Arayo85.ar@gmail.com

3435 Walnut Bend Lane #2714

Houston, Texas 77042 /832-245-1701